## WHITE *v.* STATE

[No. 166, September Term, 1961.]

*Order Reversing Judgment and Remanding
Case for a New Trial.*

Pursuant to the mandate of the Supreme Court of the United States reversing the judgment of this Court■ in this case, it is, this 6th day of June, 1963, *ORDERED* by the Court of Appeals of Maryland that the judgment of the Criminal Court of Baltimore herein is reversed and the case is remanded to said Criminal Court of Baltimore for a new trial in accordance with the opinion and mandate of the Supreme Court of the United States.

/s/ FREDERICK W. BRUNE
*Chief Judge*